No. 02–9678.  ADAMS *v.* TEXAS.  Ct. App. Tex., 11th Dist. Certiorari denied.

No. 02–9682.  HUSNER *v.* LOS ANGELES COUNTY MENTAL HEALTH DEPARTMENT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–9686.  STANISTREET ET AL. *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 02–9691.  STRASSINI *v.* DODRILL, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–9692.  WADEN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9696.  WILKERSON *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 02–9697.  RILEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9698.  ROGERS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9702.  TIDWELL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–9717.  DENSMORE *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA.  C. A. 11th Cir. Certiorari denied.

No. 02–9718.  CALLAWAY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–9723.  HUGHES *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–9726.  MYERS *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–9728.  KOERTH, AKA YOUNGER *v.* UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 02–9729.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.